IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEMARRIUS DEFONTAY GRUNDY,<br><br>　　　　Defendant. | 4:25-cr-00025-RGE-HCA |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

On May 20, 2025, the United States of America and the Defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The Defendant entered a plea of guilty to a violation of 18 U.S.C. § 922(g)(1), 924(a)(8) as charged in Count 1 of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the 922(g)(1) offense charged is supported by an independent factual basis concerning each of the essential elements of such offense. There is no plea agreement. At the plea hearing, the Government represented that it would file a motion to dismiss the 18 U.S.C. § 922(g)(3) charge also alleged in Count 1 of the Indictment, upon the District Judge's acceptance of the guilty plea to the 18 U.S.C. § 922(g)(1) charge. I, therefore, recommend that the plea of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly. I further recommend that the Government's planned motion to dismiss the 18 U.S.C. § 922(g)(3) charge be granted.

Date: May 21, 2025

*Helen C. Adams*
HELEN C. ADAMS
U.S. MAGISTRATE JUDGE

NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).